Frank Broux, plaintiff in error, v. The People of the State of Illinois, defendant in error.

Charge of unlawfully having in possession property designed for manufacture of intoxicating liquor. Conviction obtained and sentence pronounced. Error to the Circuit Court of Christian county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

John W. Preihs and Carl H. Preihs, for plaintiff in error; L. E. Stone, of counsel. E. E. Dowell, State's Attorney, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Thomas J. Vidler, appellee, v. Clara E. Humphreys et al., appellant.

Bill to foreclose real estate mortgage. Decree for complainant. Appeal from the Circuit Court of Christian county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923. Rehearing denied June 26, 1923.

Charles E. Springstun and Humphreys Springstun, for appellant. J. H. Fornoff and Hogan & Reese, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Lewis K. Pearl, administrator of the estate of Mary Louise Pearl, deceased, defendant in error, v. William J. Jackson, receiver of the Chicago & Eastern Illinois Railroad Company, plaintiff in error.

Action for causing death of child through collision at railroad crossing between automobile and train. Judgment for plaintiff. Error to the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed April 23, 1923.

H. M. Steely and H. M. Steely, Jr., for plaintiff in error. Brown, Hay & Stephens and Wilbur R. Wicks, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

---

L. F. Mostoller, appellee, v. Illinois Rural Credit Association, appellant.

Assumpsit for salary as treasurer and secretary of corporation. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923. Rehearing denied June 26, 1923.

R. C. De Mange, for appellant. William R. Bach, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.